IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL D. KING, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   Case No. 21-CV-482-SMY |
| | ) |
| UNITED STATES OF AMERICA. | ) |
| | ) |
| Respondent. | ) |

**ORDER**

**YANDLE, District Judge:**

On February 4, 2021, Petitioner filed a Petition under 28 U.S.C. § 2255 seeking relief from his conviction and sentence for failing to register under the Sex Offender and Registration Notification Act (Doc. 1). He was released from federal custody on February 11, 2022, while his Petition remained pending. As a result, Petitioner was ordered to show cause in writing on or before August 23, 2022 why his claims should not be dismissed as moot (Doc. 10). The show cause order mailed to Petitioner at the address on record was returned as undeliverable (Doc. 11), and Petitioner has not responded.

After a habeas petitioner has been released from custody, "concrete and continuing injury" or "collateral consequences" must exist for the action to present a continued case or controversy. *Spencer v. Kemna*, 523 U.S. 1, 7 (1998). Here, the Petitioner has not identified any such injury or collateral consequence. Accordingly, the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2255 (Doc. 1) is **DISMISSED with prejudice**. The Clerk of Court is **DIRECTED** to enter judgment accordingly and to close the case.

IT IS SO ORDERED.

DATED: August 24, 2022

**STACI M. YANDLE**
**United States District Judge**